IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALVAIR DESOUSA | : | CIVIL ACTION |
| v. | : | No. 11-5380 |
| THE CITY OF PHILADELPHIA, et al. | : | |

# **ORDER**

AND NOW, this 8th day of March, 2013, it is ORDERED Defendants East River Bank and Frank Toohey's Motion to Dismiss Plaintiff's Amended Complaint (Document 16) is GRANTED. The Amended Complaint is DISMISSED with prejudice against East River Bank and Frank Toohey.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez